IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Janet Reddy, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   10 C 5994 |
| | ) | |
| Mercantile Adjustment Bureau, LLC, a | ) | Judge Darrah |
| New York limited liability company, | ) | |
|     Defendant. | ) | |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendant with prejudice.

Dated: October 26, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2010 a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically**.** Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on October 26, 2010 by 5:00 p.m.

Mercantile Adjustment Bureau, LLC
c/o Jennifer D. Wilson, Compliance Support Manager
6390 Main Street
Suite 160
Williamsville, New York 14221


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com